■ AYSHE SHEFKET, Respondent, v. SULEIMAN SHEFKET, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ GREAT ATLANTIC & PACIFIC TEA CO., Respondent, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Appellant.— Order granting plaintiff's motion to vacate defendant's notice to examine plaintiff before trial modified to the extent of reinstating items 9, 11 and 12 of such notice, but eliminating the words, where they appear, " all relevant facts and circumstances as to ", " relating to ", and " bearing upon ", and, otherwise, such order is affirmed, with $20 costs to defendant-appellant; unless plaintiff further stipulates, on submission of the order to be settled herein, that it elects to rest its case exclusively on the right to recover damages on the differential in the wholesale market value, and it concedes therein that should it be determined that its right to damages may embrace an inquiry into the use to which the merchandise was to be put or into the manner and price at which such merchandise was disposed of, then, that it would not have sustained an " actual loss " and would not be entitled to any recovery, in which event, the order is affirmed, without costs. On a motion affecting the right to an examination before trial we do not reach the question of what is or should be the measure of damages, prima facie, or ultimately, but the parties are free to limit their claims and thus simplify the issues in the case, and consequently, on the examination before trial. Settle order. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ In the Matter of the Application for the Appointment of a Committee of the Person and Property of AUDREY SILBEY, an Alleged Incompetent Person. RICHARD SHILL, Appellant; AUDREY SILBEY et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ GENERAL COMMERCE CORP. v. ABDUL L. B. JAZZAR et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See ante, p. 860.]

■ In the Matter of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK against NATIONAL PLASTIKWEAR FASHIONS, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See ante, p. 869.]

■ In the Matter of the Probate of the Will of LOUISA GETTO, Deceased. META STAUDTE, as Surviving Executrix of LOUISA GETTO, Deceased, Respondent; JOHANNA FABRICIUS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See 2 A D 2d 877.]

■ ROSE SCHRAGER et al., v. FIFTH AVENUE COACH LINES, INC., et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See ante, p. 869.]

■ MILDRED P. O'BRIEN v. JOHN L. O'BRIEN.—Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See ante, p. 867.]

■ In the Matter of the Intermediate Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee of the Trust Created by WESLEY B. PHILLIPSON, Deceased, Respondent. MARIA E. PHILLIPSON, Appellant; BRAINERD F. PHILLIPSON et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ. [See ante, p. 245.]